IT IS SO ORDERED.

Dated: November 27, 2023



Tiiara N.A. Patton
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| In re:<br><br>Squirrels Research Labs LLC, et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 21-61491 (TNAP)<br><br>Judge Tiiara N.A. Patton |
| Frederic P. Schwieg, Trustee,<br><br>Plaintiff,<br><br>v.<br><br>Squirrels LLC,<br><br>Defendant. | Adv. Pro. No. 23-06033 (TNAP) |

# INITIAL PRETRIAL HEARING
# VIA ZOOM AND CASE MANAGEMENT ORDER

Pursuant to Rule 16 of the Federal Rules of Civil Procedure (the "Federal Rules"), incorporated and made applicable to this proceeding by Rule 7016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), this Order governs this adversary proceeding. The terms "counsel," "parties," and "participants" as used in this Order, include the case attorney, any other attorney designated or authorized to appear in this adversary proceeding, and any individual appearing *pro se*.

**AND NOW, IT IS HEREBY ORDERED THAT**:

1. Service. Counsel for plaintiff(s) shall serve upon each defendant this Order together with a copy of the summons and complaint pursuant to Bankruptcy Rule 7004.

2. Initial Pretrial Hearing. The initial pretrial hearing is scheduled on **January 23, 2024 at 1:00 P.M.** (the "Initial Pretrial Hearing") and will be held via the Zoom® Video Communications application ("Zoom"). To participate in the Zoom hearing, participants must pre-register by emailing PattonZoom_Registration@ohnb.uscourts.gov by no later than 4:00 p.m. three (3) business days prior to the Initial Pretrial Hearing.[1] All participants are required to appear by Zoom and comply with *Judge Patton's Procedures for Appearing via Zoom® Video Communications (Effective August 21, 2023)*, which can be found on the Court's website. Persons without video conferencing capabilities must immediately contact Evelyn Ross, Judge Patton's Courtroom Deputy, at (330) 742-0950 to make alternative arrangements. Absent emergency

---

[1] A participant's registration email must include the following information: (a) case name and case number; (b) hearing date and time(s); (c) participant's name, address, and telephone number; and (d) name of the party or parties whom participant represents.

2

circumstances, such arrangements must be made no later than three (3) business days prior to the Initial Pretrial Hearing.

3. At the Initial Pretrial Hearing, all counsel shall be prepared to discuss the following matters: (a) discovery schedule; (b) scheduling of the final pretrial hearing, trial, and other filing deadlines, (c) pending or contemplated motions concerning summary judgment, discovery, or other issues; and (d) whether the parties believe they will benefit from alternative dispute resolution.

4. <u>Federal Rule 26(f) Conference</u>. In advance of the Initial Pretrial Hearing, the parties shall have held and concluded the mandatory discovery conference pursuant to Federal Rules 26(f)(1) and (2), incorporated and made applicable to this proceeding by Bankruptcy Rule 7026. All parties shall commence discovery immediately upon service of the complaint and summons on each defendant. Notwithstanding Federal Rule 26(f)(2), parties are not required to file a discovery plan. The taking of depositions must commence at the earliest possible date under Bankruptcy Rule 7030.

5. <u>Federal Rule 26(a)(1)</u>. Within fourteen (14) days after the conclusion of the Federal Rule 26(f) conference, the parties shall provide the initial disclosures detailed in Federal Rule 26(a)(1). Any objections to the initial discovery disclosures detailed in Federal Rule 26(a)(1) shall be raised at the Initial Pretrial Hearing. The parties are ordered to continue conducting discovery regardless of any motions that may be filed in this case.

6. <u>Applicable Rules</u>. All parties shall familiarize themselves with and comply with the Bankruptcy Rules, the Federal Rules, and the Local Rules for the United States Bankruptcy Court for the Northern District of Ohio (the "<u>Local Rules</u>"). The Local Rules are

3

23-06033-tnap    Doc 2    FILED 11/27/23    ENTERED 11/27/23 12:22:33    Page 3 of 4

available on the Court's website at www.ohnb.uscourts.gov or from the Clerk of the United States Bankruptcy Court for the Northern District of Ohio.

       7.      <u>Responsive Pleadings</u> – Bankruptcy Rule 7012. All responsive pleadings shall (a) be filed within the time prescribed in Bankruptcy Rule 7012; and (b) include a statement that the party does or does not consent to entry of final orders and judgments by this Court. If a party disputes this Court's authority to enter final orders and judgments in this proceeding, such party shall identify in its responsive pleading any cause(s) of action (a) over which it alleges that this Court does not have the authority to enter final orders and judgments; and (b) to which it does not consent to this Court's entry of final orders and judgments.

**IT IS SO ORDERED.**

                            # # #