## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| IN RE SQUIRRELS RESEARCH LABS LLC, *ET AL.*<br><br>*Debtors* | CASE NO. 21-61491-TNAP<br>(JOINTLY ADMINISTERED)<br>CHAPTER 11<br>SUBCHAPTER V<br>JUDGE PATTON |
| FREDERIC P. SCHWIEG, TRUSTEE<br>*Plaintiff*<br>*V.*<br>SQUIRRELS LLC<br>*Defendant* | ADVERSARY NO. 23-06033<br><br>ALL DOCUMENTS REGARDING THIS MATTER MUST BE IDENTIFIED BY **BOTH** ADVERSARY AND BANKRUPTCY CASE NUMBERS AND NAME OF JUDGE |

### JOINT STIPULATIONS

Plaintiff and Defendant hereby stipulate to the following for the purposes of this adversary proceeding only:

1. The court has jurisdiction over this adversary proceeding pursuant to 28 U.S.C. § 1334(b) and (d) and General Order 2012-07 of the United States District Court for the Northern District of Ohio.

2. This adversary proceeding is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A), (B), (C), (K) and (O).

3. On November 23, 2021 (the "Petition Date"), Squirrels Research Labs LLC ("Debtor") filed its voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

4. At issue in this matter are certain payments that the Trustee alleges that the Debtor made to the Defendant, as set forth in the attachment to the Complaint and attached hereto both as Exhibit A (the "Payments"). This stipulation is entered for all purposes in this matter, but one specific purpose is to allow the Court to rule on certain issues as a matter of

law.  The parties anticipate that said ruling will simply this matter for trial and may facilitate settlement of at least some claims.

5.   Certain of the Payments were made by the Debtor to reimburse the Defendant for money that the Defendant spent, or obligations that the Defendant incurred, for, or in connection with, business-related travel on behalf of the Debtor ("Travel Expense Reimbursements").

6.   Certain of the Payments were made by the Debtor to reimburse the Defendant for money that the Defendant spent, or obligations that the Defendant incurred, for, or in connection with, the purchase of supplies, materials, electronic components or other goods used to directly produce the Debtor's products ("Material Expense Reimbursements").

7.   Certain of the Payments were made by the Debtor to reimburse the Defendant for money that the Defendant spent, or obligations that the Defendant incurred, for, or in connection with, the purchase of materials and services for construction or remodeling of the Debtor's premises ("Remodeling Reimbursements").

8.   Certain of the Payments were made by the Debtor to reimburse the Defendant for money that the Defendant spent, or obligations that the Defendant incurred, for, or in connection with, the purchase of office supplies and/or office services ("Office Expense Reimbursements").

[REMAINDER OF PAGE INTENTIONALLY BLANK]

9.  Certain of the Payments were made by the Debtor to reimburse the Defendant for

money that the Defendant spent in making customer refunds ("Refund Expense

Reimbursements").

| Respectfully Submitted,<br>/s/ Frederic P. Schwieg | Respectfully Submitted,<br>/s/ Jack Cooper, Esq. |
| --- | --- |
| Frederic P. Schwieg, Esq. (0030418)<br>Attorney at Law<br>19885 Detroit Rd #239<br>Rocky River, Ohio 44116<br>(440) 499-4506<br>fschwieg@schwieglaw.com<br>Subchapter V Trustee | Jack B. Cooper, Esq. (0069321)<br>Milligan Pusateri<br>PO BOX 35459<br>4684 Douglas Cir. NW<br>Canton OH 44735<br>Phone: (234) 209-9793<br>Fax: (330) 409-0249<br>Email: jcooper@milliganpusateri.com<br>Counsel for Defendant |

# EXHIBIT A

**Squirrels Research Labs LLC**
**Transactions: Squirrels LLC**
All Dates

| Account # | Date | Transaction Type | Num | Memo/Description | Amount | A/P Paid | Comments from D Stanfill report |
|---|---|---|---|---|---|---|---|
| 1010 Checking x6063 | 07/17/2018 | Bill Payment (Check) | | *No Description provided - pymt through Accounts Payable #2001* | 3,042.00 | Paid | Not listed in report provided by D Stanfill |
| 1010 Checking x6063 | 07/17/2018 | Bill Payment (Check) | | *No Description provided - pymt through Accounts Payable #2001* | 20,673.80 | Paid | Not listed in report provided by D Stanfill |
| 1010 Checking x6063 | 07/18/2018 | Bill Payment (Check) | | *No Description provided - pymt through Accounts Payable #2001* | 14,643.93 | Paid | Not listed in report provided by D Stanfill |
| 1010 Checking x6063 | 07/20/2018 | Bill Payment (Check) | | *No Description provided - pymt through Accounts Payable #2001* | 799.99 | Paid | Not listed in report provided by D Stanfill |
| 1010 Checking x6063 | 07/20/2018 | Bill Payment (Check) | | *No Description provided - pymt through Accounts Payable #2001* | 1,982.69 | Paid | Not listed in report provided by D Stanfill |
| 1010 Checking x6063 | 07/20/2018 | Bill Payment (Check) | | *No Description provided - pymt through Accounts Payable #2001* | 1,995.00 | Paid | Not listed in report provided by D Stanfill |
| 1010 Checking x6063 | 07/20/2018 | Bill Payment (Check) | | *No Description provided - pymt through Accounts Payable #2001* | 4,449.37 | Paid | Not listed in report provided by D Stanfill |
| 1010 Checking x6063 | 07/20/2018 | Bill Payment (Check) | | *No Description provided - pymt through Accounts Payable #2001* | 5,648.21 | Paid | Not listed in report provided by D Stanfill |
| 1010 Checking x6063 | 07/20/2018 | Bill Payment (Check) | | *No Description provided - pymt through Accounts Payable #2001* | 5,974.50 | Paid | Not listed in report provided by D Stanfill |
| 1010 Checking x6063 | 07/20/2018 | Bill Payment (Check) | | *No Description provided - pymt through Accounts Payable #2001* | 6,946.93 | Paid | Not listed in report provided by D Stanfill |
| 1010 Checking x6063 | 07/20/2018 | Bill Payment (Check) | | *No Description provided - pymt through Accounts Payable #2001* | 7,800.00 | Paid | Not listed in report provided by D Stanfill |
| 1010 Checking x6063 | 07/20/2018 | Bill Payment (Check) | | *No Description provided - pymt through Accounts Payable #2001* | 13,360.01 | Paid | Not listed in report provided by D Stanfill |
| 1010 Checking x6063 | 07/20/2018 | Bill Payment (Check) | | *No Description provided - pymt through Accounts Payable #2001* | 15,101.85 | Paid | Not listed in report provided by D Stanfill |
| 1010 Checking x6063 | 07/20/2018 | Bill Payment (Check) | | *No Description provided - pymt through Accounts Payable #2001* | 20,199.99 | Paid | Not listed in report provided by D Stanfill |
| 1010 Checking x6063 | 07/20/2018 | Bill Payment (Check) | | *No Description provided - pymt through Accounts Payable #2001* | 24,934.87 | Paid | Not listed in report provided by D Stanfill |
| 1010 Checking x6063 | 07/20/2018 | Bill Payment (Check) | | *No Description provided - pymt through Accounts Payable #2001* | 26,265.33 | Paid | Not listed in report provided by D Stanfill |
| 1010 Checking x6063 | 07/20/2018 | Bill Payment (Check) | | *No Description provided - pymt through Accounts Payable #2001* | 30,296.93 | Paid | Not listed in report provided by D Stanfill |
| 1010 Checking x6063 | 07/20/2018 | Bill Payment (Check) | | *No Description provided - pymt through Accounts Payable #2001* | 54,444.32 | Paid | Not listed in report provided by D Stanfill |
| 1010 Checking x6063 | 07/20/2018 | Bill Payment (Check) | | *No Description provided - pymt through Accounts Payable #2001* | 155,290.00 | Paid | Not listed in report provided by D Stanfill |
| 1010 Checking x6063 | 08/02/2018 | Bill Payment (Check) | | *No Description provided - pymt through Accounts Payable #2001* | 392.48 | Paid | Not listed in report provided by D Stanfill |
| 1010 Checking x6063 | 08/02/2018 | Bill Payment (Check) | | *No Description provided - pymt through Accounts Payable #2001* | 1,858.00 | Paid | Not listed in report provided by D Stanfill |
| 1010 Checking x6063 | 08/03/2018 | Bill Payment (Check) | | *No Description provided - pymt through Accounts Payable #2001* | 1,660.00 | Paid | Not listed in report provided by D Stanfill |
| 1010 Checking x6063 | 08/13/2018 | Bill Payment (Check) | | *No Description provided - pymt through Accounts Payable #2001* | 603.00 | Paid | Not listed in report provided by D Stanfill |
| 1010 Checking x6063 | 08/13/2018 | Bill Payment (Check) | | *No Description provided - pymt through Accounts Payable #2001* | 2,754.00 | Paid | Not listed in report provided by D Stanfill |
| 1010 Checking x6063 | 08/13/2018 | Bill Payment (Check) | | *No Description provided - pymt through Accounts Payable #2001* | 6,282.00 | Paid | Not listed in report provided by D Stanfill |
| 1010 Checking x6063 | 08/13/2018 | Bill Payment (Check) | | *No Description provided - pymt through Accounts Payable #2001* | 26,888.00 | Paid | Not listed in report provided by D Stanfill |
| 1010 Checking x6063 | 08/13/2018 | Bill Payment (Check) | | *No Description provided - pymt through Accounts Payable #2001* | 31,960.00 | Paid | Not listed in report provided by D Stanfill |
| 1010 Checking x6063 | 08/13/2018 | Bill Payment (Check) | | *No Description provided - pymt through Accounts Payable #2001* | 60,000.00 | Paid | Not listed in report provided by D Stanfill |
| 1010 Checking x6063 | 08/13/2018 | Bill Payment (Check) | | *No Description provided - pymt through Accounts Payable #2001* | 384,267.00 | Paid | Not listed in report provided by D Stanfill |
| 1010 Checking x6063 | 08/15/2018 | Bill Payment (Check) | | *No Description provided - pymt through Accounts Payable #2001* | 2,000.00 | Paid | Not listed in report provided by D Stanfill |
| 1010 Checking x6063 | 08/17/2018 | Bill Payment (Check) | | *No Description provided - pymt through Accounts Payable #2001* | 2,350.00 | Paid | Not listed in report provided by D Stanfill |
| 1010 Checking x6063 | 08/17/2018 | Bill Payment (Check) | | *No Description provided - pymt through Accounts Payable #2001* | 8,950.00 | Paid | Not listed in report provided by D Stanfill |
| 1010 Checking x6063 | 08/17/2018 | Bill Payment (Check) | | *No Description provided - pymt through Accounts Payable #2001* | 17,850.00 | Paid | Not listed in report provided by D Stanfill |
| 1010 Checking x6063 | 08/20/2018 | Bill Payment (Check) | | *No Description provided - pymt through Accounts Payable #2001* | 7,000.00 | Paid | Not listed in report provided by D Stanfill |
| 1010 Checking x6063 | 08/22/2018 | Bill Payment (Check) | | *No Description provided - pymt through Accounts Payable #2001* | 1,400.00 | Paid | Not listed in report provided by D Stanfill |
| 1010 Checking x6063 | 08/22/2018 | Bill Payment (Check) | | *No Description provided - pymt through Accounts Payable #2001* | 2,400.00 | Paid | Not listed in report provided by D Stanfill |
| 1010 Checking x6063 | 08/22/2018 | Bill Payment (Check) | | *No Description provided - pymt through Accounts Payable #2001* | 4,688.00 | Paid | Not listed in report provided by D Stanfill |
| 1010 Checking x6063 | 08/22/2018 | Bill Payment (Check) | | *No Description provided - pymt through Accounts Payable #2001* | 32,948.00 | Paid | Not listed in report provided by D Stanfill |
| 1010 Checking x6063 | 08/22/2018 | Bill Payment (Check) | | *No Description provided - pymt through Accounts Payable #2001* | 51,488.00 | Paid | Not listed in report provided by D Stanfill |
| 1010 Checking x6063 | 08/22/2018 | Bill Payment (Check) | | *No Description provided - pymt through Accounts Payable #2001* | 236,900.00 | Paid | Not listed in report provided by D Stanfill |
| 1010 Checking x6063 | 08/27/2018 | Bill Payment (Check) | | *No Description provided - pymt through Accounts Payable #2001* | 3,600.00 | Paid | Not listed in report provided by D Stanfill |
| 1010 Checking x6063 | 08/29/2018 | Bill Payment (Check) | | *No Description provided - pymt through Accounts Payable #2001* | 23,136.08 | Paid | Not listed in report provided by D Stanfill |
| 1010 Checking x6063 | 08/29/2018 | Bill Payment (Check) | | *No Description provided - pymt through Accounts Payable #2001* | 126,863.92 | Paid | Not listed in report provided by D Stanfill |
| 1010 Checking x6063 | 10/12/2018 | Bill Payment (Check) | | *No Description provided - pymt through Accounts Payable #2001* | 4,766.16 | Paid | Not listed in report provided by D Stanfill |
| 1010 Checking x6063 | 10/12/2018 | Bill Payment (Check) | | *No Description provided - pymt through Accounts Payable #2001* | 15,326.17 | Paid | Not listed in report provided by D Stanfill |
| 1010 Checking x6063 | 10/12/2018 | Bill Payment (Check) | | *No Description provided - pymt through Accounts Payable #2001* | 48,222.00 | Paid | Not listed in report provided by D Stanfill |
| 1010 Checking x6063 | 10/12/2018 | Bill Payment (Check) | | *No Description provided - pymt through Accounts Payable #2001* | 66,685.67 | Paid | Not listed in report provided by D Stanfill |
| 1010 Checking x6063 | 02/28/2019 | Bill Payment (Check) | | *No Description provided - pymt through Accounts Payable #2001* | 27,000.00 | Paid | Not listed in report provided by D Stanfill |
| 1010 Checking x6063 | 03/14/2019 | Bill Payment (Check) | | *No Description provided - pymt through Accounts Payable #2001* | 8,000.00 | Paid | Not listed in report provided by D Stanfill |
| 1010 Checking x6063 | 04/12/2019 | Bill Payment (Check) | | *No Description provided - pymt through Accounts Payable #2001* | 15,000.00 | Paid | Not listed in report provided by D Stanfill |
| 1010 Checking x6063 | 04/16/2019 | Expense | | Online Transfer to CHK ...7583 transaction#: 8137816429 04/16-Reimburse David's Uber Charges | 128.00 | Paid | Not listed in report provided by D Stanfill |
| 1010 Checking x6063 | 04/30/2019 | Bill Payment (Check) | | *No Description provided - pymt through Accounts Payable #2001* | 2,235.06 | Paid | Not listed in report provided by D Stanfill |
| 1010 Checking x6063 | 04/30/2019 | Bill Payment (Check) | | *No Description provided - pymt through Accounts Payable #2001* | 8,604.50 | Paid | Not listed in report provided by D Stanfill |
| 1010 Checking x6063 | 04/30/2019 | Bill Payment (Check) | | *No Description provided - pymt through Accounts Payable #2001* | 12,160.44 | Paid | Not listed in report provided by D Stanfill |
| 1010 Checking x6063 | 08/12/2019 | Bill Payment (Check) | | *No Description provided - pymt through Accounts Payable #2001* | 105.99 | Paid | Not listed in report provided by D Stanfill |
| 1010 Checking x6063 | 02/18/2020 | Bill Payment (Check) | | *No Description provided - pymt through Accounts Payable #2001* | 250.80 | Paid | Not listed in report provided by D Stanfill |
| 1010 Checking x6063 | 02/18/2020 | Expense | | *No Description provided - pymt entry to acct #4040 Discounts Given* | 61.75 | Paid | Not listed in report provided by D Stanfill |
| 1010 Checking x6063 | 01/15/2021 | Bill Payment (Check) | | *No Description provided - pymt through Accounts Payable #2001* | 269.50 | Paid | Not listed in report provided by D Stanfill |
| 1010 Checking x6063 | 01/15/2021 | Bill Payment (Check) | | *No Description provided - pymt through Accounts Payable #2001* | 269.50 | Paid | Not listed in report provided by D Stanfill |
| 1010 Checking x6063 | 02/22/2021 | Bill Payment (Check) | | *No Description provided - pymt through Accounts Payable #2001* | 251.90 | Paid | Not listed in report provided by D Stanfill |
| 1010 Checking x6063 | 03/31/2021 | Bill Payment (Check) | | *No Description provided - pymt through Accounts Payable #2001* | 251.90 | Paid | Not listed in report provided by D Stanfill |
| 1010 Checking x6063 | 05/17/2021 | Bill Payment (Check) | | *No Description provided - pymt through Accounts Payable #2001* | 281.00 | Paid | Not listed in report provided by D Stanfill |
| 1010 Checking x6063 | 05/17/2021 | Bill Payment (Check) | | *No Description provided - pymt through Accounts Payable #2001* | 281.00 | Paid | Not listed in report provided by D Stanfill |
| | | | | | **1,662,239.59** | | |