Schwieg,
    Plaintiff

Squirrels LLC,
    Defendant

Adv. Proc. No. 23-06033-tnap

# CERTIFICATE OF NOTICE

| District/off: 0647-6 | User: vwaym | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Mar 11, 2025 | Form ID: pdf755 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 13, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| pla | + Frederic P Schwieg, Attorney at Law, 19885 Detroit Rd #239, Rocky River, OH 44116-1815 |
| dft | + Squirrels LLC, Andrew Gould Stat Agent, 121 Wilbur Dr, North Canton, OH 44720-1641 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 13, 2025      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 11, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Frederic P. Schwieg | on behalf of Plaintiff Frederic P Schwieg fschwieg@schwieglaw.com OH84@ecfcbis.com |
| Jack B. Cooper | on behalf of Defendant Squirrels LLC jcooper@milliganpusateri.com |

TOTAL: 2

IT IS SO ORDERED.

Dated:  March 10, 2025



Tiiara N.A. Patton
United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| **Squirrels Research Labs LLC, et al.,**[1] | Case No. 21-61491 (TNAP) (Jointly Administered) |
| Debtors. | Judge Tiiara N.A. Patton |
| **Frederic P. Schwieg, Trustee** | |
| Plaintiff, | |
| v. | Adv. Pro. No. 23-06033 (TNAP) |
| **Squirrels LLC,** | |
| Defendant. | |

---

[1] The Debtors in these chapter 11 cases are: Squirrels Research Labs LLC, case no. 21-61491 and The Midwest Data Company LLC, case no. 21-61492.

# ORDER REFERRING ADVERSARY PROCEEDING TO MEDIATION WITH THE HONORABLE ARTHUR I. HARRIS AND ADJOURNING THE PRETRIAL CONFERENCE

On March 4, 2025, the Court held the continued pretrial hearing (the "Pretrial Hearing") in the above-captioned matter. Frederic P. Schwieg, the plaintiff in this matter and the Subchapter V Trustee in the underlying chapter 11 case, and Jack Cooper, Esq., counsel for Squirrels LLC, the defendant in this matter (the "Defendant"), both appeared at the Pretrial Hearing. During the Pretrial Hearing, the parties agreed that mediation would be a meaningful alternative to litigation of the issues and may assist the parties in reaching a consensual resolution. The Honorable Arthur I. Harris, United States Bankruptcy Judge for the Northern District of Ohio, has agreed to mediate this matter. Accordingly,

**IT IS HEREBY ORDERED THAT:**

1. This adversary proceeding is hereby referred to mediation with the Honorable Arthur I. Harris to serve as judicial mediator.

2. Following the completion of the mediation process, the parties shall file with the Court a joint status report stating whether a resolution has been obtained and is a final settlement of the adversary proceeding, or whether there is a need for further proceedings.

3. Plaintiff Frederic P. Schwieg, Trustee, and counsel for Defendant, Jack B. Cooper, Esq., shall contact the Honorable Arthur I. Harris at (216) 615-4333 no later than **Monday, March 17, 2025,** to schedule a mediation conference and receive further instructions regarding the mediation process.

4. The pretrial conference scheduled on **Tuesday, May 13, 2025, at 11:30 a.m.** is adjourned to **Tuesday, July 22, 2025, at 11:30 a.m.**, and will be adjourned further if the parties are still mediating.

# # #